UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIGE PETKEVICIUS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NBTY, INC. et al.,<br><br>Defendants. | Case No.:  3:17-CV-1152-CAB-RBB<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 35] |

In light of the parties' joint stipulation of dismissal [Doc. No. 35], it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own expenses, attorneys' fees, and costs. The Clerk of Court is instructed to **CLOSE** this case.

It is **SO ORDERED**.

Dated:  December 8, 2017

_____
Hon. Cathy Ann Bencivengo
United States District Judge